UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN COLLINS,<br><br>Defendant. | CASE NO. CR95-337-TSZ<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 14, 2006. The United States was represented by Ron Friedman. The defendant was represented by Carol Koller and Matthew Belcher. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Distribute Cocaine, Money Laundering and Felon in Possession on or about December 1, 1995. The Hon. Barbara J. Rothstein of this court sentenced Defendant to 136 months of confinement, followed by 5 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

USPO Sarah Moore alleged that Defendant violated the conditions of supervised release in

PROPOSED FINDINGS
PAGE -1-

four respects:

    (1)    Using marijuana on or before February 9, 2006, in violation of standard condition #7.

    (2)    Using opiates and cocaine on or before February 16, 21, and 24, 2006 in violation of standard condition #7.

    (3)    Failing to report for urinalysis testing on March 2, 2006, in violation of the special condition of drug aftercare.

    (4)    Using opiates and cocaine on or before March 6, 2006, in violation of standard condition #7.

At an initial hearing, I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted violations #1 through 4, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 15th day of March, 2006.

MONICA J. BENTON  
United States Magistrate Judge

cc:    Sentencing Judge    :    Hon. Thomas S. Zilly  
        Assistant U.S. Attorney    :    Ron Friedman  
        Defense Attorney    :    Carol Koller  
        U. S. Probation Officer    :    Sarah Moore